No. 95–9143. FLORIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9144. ERICKSON v. GORDON ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9145. EMERY v. GALOSE. Sup. Ct. Ohio. Certiorari denied.

No. 95–9146. GARCIA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–9147. SANDERS v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–9148. SMALL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–9149. LUCKETTE v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 95–9150. CONNOLLY v. WILLIAMS, CHAIRMAN, ILLINOIS PRISON REVIEW BOARD. C. A. 7th Cir. Certiorari denied.

No. 95–9151. CONVERTINO v. JABE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–9152. COOKUS v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–9153. ABDULLAH v. MILONAS. C. A. 2d Cir. Certiorari denied.

No. 95–9154. HASAN v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 95–9155. BABA v. JAPAN TRAVEL BUREAU INTERNATIONAL, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–9156. BABA v. WARREN MANAGEMENT CONSULTANTS, INC., ET AL. C. A. 2d Cir. Certiorari denied.